# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

134595

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GREGORY A. TURNER,
      Plaintiff-Appellee,

v

DETROIT BOARD OF EDUCATION,
      Defendant-Appellant.

SC: 134595
COA: 275575
WCAC: 05-000254

_____/

      On order of the Court, the application for leave to appeal the July 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

_____
Clerk

t0123